**SEALED**

**FILED**

Aug 29, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1   PHILLIP A. TALBERT
    United States Attorney
2   KAREN A. ESCOBAR
    Assistant United States Attorneys
3   2500 Tulare Street, Suite 4401
    Fresno, CA  93721
4   Telephone:  (559) 497-4000
    Facsimile:  (559) 497-4099
5

6

7   Attorneys for Plaintiff
    United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00210-KES-BAM |
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| ROBERT LAWRENCE HUNT, | |
| Defendant. | |

19         The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

20  Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

21  on August 29, 2024 charging the above defendant with violations of 18 U.S.C. § 922(g)(1) –

22  Felon in Possession of a Firearm; 26 U.S.C § 5861(d) – Possession of an Unregistered

23  Firearm; 26 U.S.C. § 5861(f) – Manufacture of a Firearm; 18 U.S.C. §§ 924(d)(1),

24  981(a)(1)(C), 981(a)(1)(G), 982(a)(2)(B); 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) –

25  Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either

26  in custody or has been given bail on these offenses; and further order that until such time

27  as the defendant is in custody or has been given bail, that no person shall disclose the

28  finding of the Indictment or any warrants issued pursuant thereto, except when necessary

Motion to Seal Indictment                    1

for the issuance and execution of the warrants.

Dated: August 29, 2024                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                  By      /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


                          IT IS SO ORDERED.


Dated:  August 29, 2024           _____
                                          BARBARA A. MCAULIFFE
                                          U.S. Magistrate Judge