1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO: 1:24-CR-00210-NODJ-BAM

12                Plaintiff,                [~~PROPOSED~~] ORDER TO UNSEAL INDICTMENT

13         v.

14 ROBERT LAWRENCE HUNT,

15                Defendant.

16

17    Upon application of the United States of America and good cause having been shown,

18    IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and is,

19 unsealed.

20 IT IS SO ORDERED.

21    Dated:  **September 4, 2024**        _____
22                                          UNITED STATES MAGISTRATE JUDGE

23

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS