PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT LAWRENCE HUNT,<br><br>Defendant. | CASE NO. 1:24-CR-00210-NODJ-BAM<br><br>STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; ORDER<br><br>DATE: November 13, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant ROBERT LAWRENCE HUNT, both individually and by and through his counsel of record, ALEKXIA TORRES STALLINGS, hereby stipulate as follows:

1. This matter is currently set for a status conference on November 13, 2024.

2. By this stipulation, the parties jointly move to vacate the status conference date and set for a change of plea on January 13, 2025, at 8:30 a.m.

3. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 13, 2024, and January 13, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 6, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: November 6, 2024 | /s/ ALEKXIA TORRES STALLINGS<br>ALEKXIA TORRES STALLINGS<br>Counsel for Defendant<br>ROBERT LAWRENCE HUNT |

## **ORDER**

IT IS SO ORDERED that the status conference set for November 13, 2024, is vacated. A change of plea hearing is set for **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **January 8, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of January 8, 2025, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated: __November 7, 2024__          /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

S<small>TIPULATION</small>                                                          2