**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT LAWRENCE HUNT,<br><br>　　　　　Defendant | Case No.: 1:24-CR-00210-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the change of plea hearing currently set for Monday, February 10, 2025, at 9:30 a.m. be continued to Monday, March 10, 2025, at 8:30 a.m.

Counsel is requesting a continuance due to having to go on maternity leave earlier than expected and today she is one week postpartum. Additionally, it is our understanding that the government was in a lengthy trial that recently ended and therefore has no objection to the continuance until March 10, 2025. The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 4, 2025     */s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
JESUS LOPEZ MEDINA

DATED: February 4, 2025     */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED that the change of plea hearing be continued from Monday, February 10, 2025, to **Monday, March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:    **February 4, 2025**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE