**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-CR-00210-DAD-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |
| vs. | ) |
| ROBERT LAWRENCE HUNT, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, July 14, 2025, at 10:00 a.m. (See ECF Doc. 33) be continued to Monday, September 8, 2025, at 10:00 a.m.

Counsel is requesting a continuance due to currently being out on maternity leave. I have spoken to AUSA Karen Escobar and she has no objection to continuing the sentencing hearing.

//

//

//

**IT IS SO STIPULATED.**

                                                Respectfully Submitted,

DATED: June 18, 2025                                  ***/s/ Alekxia Torres Stallings***
                                                             ALEKXIA TORRES STALLINGS
                                                             Attorney for Defendant
                                                             ROBERT LAWRENCE HUNT

DATED: June 18, 2025                                  ***/s/Karen Escobar***
                                                             KAREN ESCOBAR
                                                             Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for Monday July 14, 2025, at 10:00 a.m. is continued to Monday, September 8, 2025, at 10:00 a.m., in Courtroom 5 before the Honorable Dale A. Drozd in Fresno.

IT IS SO ORDERED.

Dated:  **June 18, 2025**                                    *Dale A. Drozd*
                                                             DALE A. DROZD
                                                             UNITED STATES DISTRICT JUDGE