**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT LAWRENCE HUNT,<br><br>   Defendant | Case No.: 1:24-CR-00210-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, September 8, 2025, at 10:00 a.m. (See ECF Doc. 36) be continued to Monday, November 17, 2025, at 9:30 a.m.

This request is a mutual continuance in order to gain more information for sentencing. I have spoken to AUSA Karen Escobar and she has no objection to continuing the sentencing hearing.

The following proposed sentencing schedule is offered:

Judgment and Sentencing Date:           November 17, 2025

Reply, or Statement of Non-Opposition:   November 10, 2025

1  Formal Objections to the Presentence Report shall be filed with the Court and served on

2  the Probation Officer and opposing counsel no later than:    November 3, 2025

4  //

5  //

6  //

8  **IT IS SO STIPULATED.**

Respectfully Submitted,

10  DATED: September 2, 2025            */s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
ROBERT LAWRENCE HUNT

14  DATED: September 2, 2025            */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for Monday September 8, 2025, at 10:00 a.m. is continued to Monday, November 17, 2025, at 9:30 a.m., in Fresno Courtroom 5 before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: **September 2, 2025**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE