**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT LAWRENCE HUNT,<br><br>　　　　Defendant | Case No.: 1:24-CR-00210-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEY AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, November 17, 2025, at 9:30 a.m. (See ECF Doc. 40) be continued to Monday February 9, 2026, at 10:00 a.m.

Defense counsel has begun jury trial for the matter of *People v. Abel Juarez BF172055A,* and will be unavailable on the current sentencing date. I have spoken to AUSA Karen Escobar and it is my understanding she has no objection to this request for a continuance.

//
//

//

**IT IS SO STIPULATED.**

                                                        Respectfully Submitted,

DATED: October 23, 2025            ***/s/ Alexia Torres Stallings***
                                                     ALEKXIA TORRES STALLINGS
                                                     Attorney for Defendant
                                                     ROBERT LAWRENCE HUNT

DATED: October 23, 2025            ***/s/Karen Escobar***
                                                     KAREN ESCOBAR
                                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for Monday, November 17, 2025, at 9:30 a.m. be continued to Monday, February 9, 2026, at 10:00 a.m. before District Judge Dale A. Drozd.

Dated: November 6, 2025

_____
Troy L. Nunley
Chief United States District Judge