**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-CR-00210-DAD-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |
| vs. | ) |
| ROBERT LAWRENCE HUNT, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, February 9, 2026, at 10:00a.m. (See ECF Doc. 42) be continued to Monday, April 6, 2026, at 10:00a.m.

I have spoken to AUSA Antonio Pataca and it is my understanding he has no objection to this request for a continuance. It is our understanding that AUSA Pataca has recently been assigned to this matter, and we need additional time to discuss this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it results form a continuance granted by the Court at defendant's request on the basis of the Court's

finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: February 4, 2026

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
ROBERT LAWRENCE HUNT

DATED: February 4, 2026

*/s/Antonio Pataca*
ANTONIO PATACA
Assistant U.S. Attorney

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for Monday February 9, 2026, at 10:00a.m. is continued to Monday April 6, 2026, at 10:00a.m., in Fresno Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **February 4, 2026**                   ___*Dale A. Drozd*_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE