**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
ROBERT LAWRENCE HUNT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:24-CR-00210-DAD-BAM |
|  | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
|  | ) **CONTINUE THE SENTENCING** |
| vs. | ) **HEARING** |
|  | ) |
| ROBERT LAWRENCE HUNT, | ) |
|  | ) |
| Defendant | ) |

TO: THE HONORABLE TROY L. NUNLEY, THE CLERK OF THE UNITED STATES DISTRICT COURT, AND ASSISTANT UNITED STATES ATTORNEY, ANTONIO PATACA:

**COMES NOW** Defendant, ROBERT LAWRENCE HUNT, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday, April 6, 2026, at 10:00 a.m. (See ECF Doc. 47) be continued to Monday, May 4, 2026, at 9:30 a.m.

This request is a mutual continuance in order to gain more information for sentencing. I have spoken to AUSA Antonio Pataca and he has no objection to continuing the sentencing hearing.

///

///

Stipulation and Order to Continue Sentencing Hearing

1

The following proposed sentencing schedule is offered:

Judgment and Sentencing Date:                    May 4, 2026

**IT IS SO STIPULATED.**

                                                                          Respectfully Submitted,

DATED: March 26, 2026                          */s/ Alexia Torres Stallings*
                                                                          ALEKXIA TORRES STALLINGS
                                                                          Attorney for Defendant
                                                                          ROBERT LAWRENCE HUNT

DATED: March 26, 2026                          */s/Antonio Pataca*
                                                                          ANTONIO PATACA
                                                                          Assistant U.S. Attorney

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing currently set for Monday April 6, 2026, at 10:00 a.m. is continued to Monday, May 4, 2026, at 9:30 a.m. in Fresno in Courtroom 5 before Chief Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated:    **March 26, 2026**                    _Dale A. Drozd_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE