**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alexxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for Defendant
ROBERT LAWRENCE HUNT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )     Case No.:  1:24-cr-00210-DAD-BAM
                                         )
                          Plaintiff,     )
                                         )     **ORDER OF RELEASE**
        v.                               )
                                         )
ROBERT LAWRENCE HUNT                     )
                                         )
                          Defendant.     )
                                         )
                                         )
                                         )
                                         )

Defendant ROBERT L. HUNT was sentenced on May 4, 2026 to TIME SERVED. IT IS HEREBY ORDERED that the defendant shall be released FORTWORTH.

IT IS SO ORDERED

Dated: May 4, 2026

/s/ _____
UNITED STATES DISTRICT JUDGE
TROY L. NUNLEY

Order of Release                                    1