ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>              v.<br><br>ROBERT LAWRENCE HUNT,<br><br>                    Defendant. | 1:24-CR-00210-TLN-EPG<br><br>FINAL ORDER OF FORFEITURE |

On or about June 16, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 26 U.S.C § 5872(a), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Robert Lawrence Hunt forfeiting to the United States the following property:

      a.    Miscellaneous improvised explosive device components including miscellaneous screws, container with residue, water bottle with residue and tape, fuses, fuse from water bottle, and homemade M device.

Beginning on June 19, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

Final Order of Forfeiture

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872(a), and 28 U.S.C. § 2461(c), including all right, title, and interest of Robert Lawrence Hunt.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 13th day of May, 2026.

_____
Troy L. Nunley
Chief United States District Judge

2

Final Order of Forfeiture